# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW WILKINS, On Behalf of Himself and All Others Similarly Situated:** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **SMASHBURGER MASTER, LLC** | : | NO. 24-5184 |

## ORDER

**NOW,** this 8th day of May, 2025, upon consideration of defendant's Motion to Dismiss Amended Complaint (Doc. No. 6), plaintiff's response, and defendant's reply, and after oral argument, it is **ORDERED** that the motion is **DENIED.**

_____
TIMOTHY J. SAVAGE, J.