IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW WILKINS, on behalf of himself and all other similarly situated** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **SMASHBURGER MASTER, LLC** | : | NO. 24-5184 |

## ORDER

**NOW**, this 17th day of June, 2025, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

_____
TIMOTHY J. SAVAGE, J.